FILED
2011 Sep-21 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JIM C. MORGAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. ____________ |

**<u>JOINT NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc. ("Experian"), Defendant Trans Union LLC ("Trans Union"), and Defendant Equifax Information Services LLC ("Equifax") (collectively, "Defendants") hereby file their Joint Notice of Removal of the above-captioned action to this Court and state as follows:

1. Experian, Trans Union, and Equifax are named Defendants in Civil Action No.CV-2011-900702.00 filed in the Circuit Court for the State of Alabama, County of Shelby (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Shelby County Circuit Court on July 29, 2011. All Defendants were served on August 22, 2011.

3. This Notice is being filed with this Court within thirty (30) days after Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. A copy of all process, pleadings, and orders served upon the Defendants in the State Court Action is attached hereto as Exhibit A.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. Trans Union is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Trans Union uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. Equifax is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling credit information or other information on consumers for the purpose of furnishing consumer reports to third

parties. Equifax uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. The claims for relief against Experian, Trans Union, and Equifax alleged in the State Court Action arise under the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u. Thus, this Court has original federal question jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may therefore properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

9. All defendants served with the Complaint in the State Court Action consent to and join in this Joint Notice of Removal, as evidenced by Equifax's and Trans Union's Joinder and Consent to Removal, attached hereto as Exhibit B.

10. Promptly after the filing of this Joint Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action and to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

Dated: September 20, 2011

Respectfully submitted,

L. Jackson Young, Jr.
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
Telephone: (205) 879-8722
Telecopier: (205) 879-8831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2011, I caused the foregoing to be served via First-Class U.S. Mail with appropriate postage attached thereto to the following counsel of record:

Michael W. Lindsey
John C. Hubbard
2110 Devereux Circle
Suite 100
Birmingham, Alabama 35243
*ATTORNEYS FOR PLAINTIFF*

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, Alabama 35203
*ATTORNEY FOR DEFENDANT TRANS UNION LLC*

Victoria J. Franklin-Sisson, Esq.
JONES WALKER
One Federal Place, Suite 1100
1819 5th Avenue North
Birmingham, Alabama 35203
*ATTORNEY FOR EQUIFAX INFORMATION SERVICES, INC.*

Of Counsel