FILED
2011 Sep-21 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# ALABAMA SJIS CASE DETAIL

**DODSON** **PREPARED FOR: Courtney Williams**

alacourt.com

County: **58** Case Number: **CV-2011-900702.00** Court Action:
Style: **JIM C. MORGAN JR V. TRANS UNION LLC ET AL**

REAL TIME

## Case Action Summary - CV201190070200

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07/29/2011 | 11:17:39 | EFILE | COMPLAINT E-FILED. | LIN038 |
| 07/29/2011 | 11:18:17 | FILE | FILED THIS DATE: 07/29/2011 (AV01) | AJA |
| 07/29/2011 | 11:18:18 | ASSJ | ASSIGNED TO JUDGE: WILLIAM H BOSTICK III (AV01) | AJA |
| 07/29/2011 | 11:18:19 | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 07/29/2011 | 11:18:20 | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 07/29/2011 | 11:18:21 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 07/29/2011 | 11:18:22 | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 07/29/2011 | 11:18:23 | EORD | E-ORDER FLAG SET TO "N" (AV01) | AJA |
| 07/29/2011 | 11:18:24 | C001 | C001 PARTY ADDED: MORGAN JIM C. JR (AV02) | AJA |
| 07/29/2011 | 11:18:25 | ATTY | LISTED AS ATTORNEY FOR C001: LINDSEY MICHAEL WESL | AJA |
| 07/29/2011 | 11:18:26 | ATTY | LISTED AS ATTORNEY FOR C001: HUBBARD JOHN CRAD | AJA |
| 07/29/2011 | 11:18:27 | EORD | C001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 07/29/2011 | 11:18:30 | D001 | D001 PARTY ADDED: TRANS UNION LLC (AV02) | AJA |
| 07/29/2011 | 11:18:31 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 07/29/2011 | 11:18:32 | SUMM | CERTIFIED MAI ISSUED: 07/29/2011 TO D001 (AV02) | AJA |
| 07/29/2011 | 11:18:33 | EORD | D001 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 07/29/2011 | 11:18:36 | D002 | D002 PARTY ADDED: EQUIFAX INFORMATION SERVICES LLC | AJA |
| 07/29/2011 | 11:18:37 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 07/29/2011 | 11:18:38 | SUMM | CERTIFIED MAI ISSUED: 07/29/2011 TO D002 (AV02) | AJA |
| 07/29/2011 | 11:18:39 | EORD | D002 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 07/29/2011 | 11:18:42 | D003 | D003 PARTY ADDED: EXPERIAN INFORMATION SOLUTIONS, | AJA |
| 07/29/2011 | 11:18:43 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE (AV02) | AJA |
| 07/29/2011 | 11:18:44 | SUMM | CERTIFIED MAI ISSUED: 07/29/2011 TO D003 (AV02) | AJA |
| 07/29/2011 | 11:18:45 | EORD | D003 E-ORDER FLAG SET TO "N" (AV02) | AJA |
| 07/29/2011 | 11:19:40 | EFILE | COMPLAINT - SUMMONS | |
| 08/19/2011 | 1:27:08 | SCAN | CASE SCANNED STATUS SET TO: Y (AV01) | REC |
| 08/19/2011 | 1:27:29 | SUMM | CERTIFIED MAI ISSUED: 08/18/2011 TO D001 (AV02) | REC |
| 08/19/2011 | 1:27:41 | SUMM | CERTIFIED MAI ISSUED: 08/18/2011 TO D002 (AV02) | REC |
| 08/19/2011 | 1:27:51 | SUMM | CERTIFIED MAI ISSUED: 08/18/2011 TO D003 (AV02) | REC |
| 08/19/2011 | 1:27:58 | CASP | CASE ACTION SUMMARY PRINTED (AV02) | REC |
| 08/31/2011 | 9:13:35 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 08/31/2011 | 9:13:59 | SERC | SERVICE OF CERTIFIED MAI ON 08/22/2011 FOR D001 | AJA |
| 08/31/2011 | 9:14:48 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 08/31/2011 | 9:14:53 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 08/31/2011 | 9:14:57 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 08/31/2011 | 9:15:55 | SERC | SERVICE OF CERTIFIED MAI ON 08/22/2011 FOR D003 | AJA |
| 08/31/2011 | 9:16:01 | SERC | SERVICE OF CERTIFIED MAI ON 08/22/2011 FOR D002 | AJA |

*END OF THE REPORT*



DEFENDANT'S EXHIBIT
A

ELECTRONICALLY FILED
7/29/2011 11:17 AM
CV-2011-900702.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

**IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA**

| | | |
|---|---|---|
| **JIM C. MORGAN, JR.,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO:** |
| | ) | |
| **TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

## PLAINTIFF'S COMPLAINT

---

1. This is an action brought by the Plaintiff, Jim C. Morgan, Jr. ("Morgan"), for actual and statutory damages, attorney's fees, and costs for the Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (hereinafter "FCRA"). The Plaintiff also seeks compensatory and punitive damages for the Defendants' violations of Alabama's common laws set forth herein.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. §1681p. Venue is proper in that the Defendants transacted business here, and the Plaintiff resides here.

## PARTIES

3. The Plaintiff is a resident and citizen of the state of Alabama, Shelby County, and is over the age of twenty-one (21) years.

4. The Defendant, Trans Union LLC ("Trans Union"), is a foreign company and was, in all respects and at all times relevant herein, doing business in the state of Alabama. The Defendant is a consumer reporting agency defined in section 1681a(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in section 1681a(d) of the FCRA, to third parties.

5. The Defendant, Equifax Information Services LLC ("Equifax"), is a foreign corporation and was, in all respects and at all times relevant herein, doing business in the state of Alabama, and is registered to do business in Alabama with the Alabama Secretary of State. The Defendant is a consumer reporting agency defined in section 1681a(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in section 1681a(d) of the FCRA, to third parties.

6. The Defendant, Experian Information Solutions, Inc. ("Experian"), is a foreign corporation and was, in all respects and at all times relevant herein, doing business in the state of Alabama, and is registered to do business in Alabama with the Alabama Secretary of State. The Defendant is a consumer reporting agency defined in section 1681a(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in section 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

7. On June 9, 2010 Equable Ascent Financial LLC FKA Hilco filed suit against Jim C. Morgan, Jr. in the District Court of Shelby County as case number SM-10-000733.

8. Thereafter, the Court held a trial in the case and entered judgment in favor of Jim C. Morgan, Jr. A true and correct copy of the judgment is attached hereto as Exhibit "A."

9. However, Defendants continued to report the outcome of the case as a judgment entered against Jim C. Morgan, Jr..

10. In response, Jim C. Morgan, Jr. disputed the erroneous reporting with the Defendants. A true and correct copy of the dispute letter is attached hereto as Exhibit "B."

11. Defendant Equifax purportedly reinvestigated the matter and concluded that it was correct in reporting that judgment was entered against Jim C. Morgan, Jr. A true and correct copy of the Equifax reinvestigation results is attached hereto as Exhibit "C."

12. Defendant Trans Union purportedly reinvestigated the matter and concluded that it was correct in reporting that judgment was entered against Jim C. Morgan, Jr. A true and correct copy of the Trans Union reinvestigation results is attached hereto as Exhibit "D."

13. Defendant Experian purportedly reinvestigated the matter and concluded that it was correct in reporting that judgment was entered against Jim C. Morgan, Jr. A true and correct copy of the Experian reinvestigation results is attached hereto as Exhibit "E."

14. Defendants have intentionally and maliciously failed and/or refused to accurately report the correct outcome of the judgment.

15. Defendants have negligently or willfully and maliciously failed to report Plaintiff's accounts correctly.

16. Defendants knew or should have known that providing an inaccurate report would lead to the publication of false and defamatory information every time Plaintiff's credit reports are accessed.

17. Plaintiff's credit reports have been accessed since the discharge and therefore the false information of Defendants have been published to third parties.

18. Despite receiving disputes regarding their false reporting, Defendants have intentionally and knowingly maintained their policies of keeping false and damaging information on Plaintiff's credit reports.

19. Defendants have failed and/or refused to verify the accuracy of the information they have published and continue to publish in Plaintiff's credit reports.

20. Defendants have failed and/or refused to properly investigate the disputed information.

21. Defendants failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports.

## COUNT ONE
## FCRA CLAIM AGAINST ALL DEFENDANTS

22. The Plaintiff adopts the averments and allegations hereinbefore as if fully set forth herein.

23. In the entire course of their actions, Defendants willfully and/or negligently violated the provisions of the FCRA in the following respects:

a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports;

b. By willfully and/or negligently failing to comply with FCRA section 1681i;

c. Defaming Plaintiff by publishing to third parties false information regarding Plaintiff's creditworthiness;

d. Invading the privacy of Plaintiff; and

e. Failing in their duty to prevent foreseeable injury to Plaintiff.

24. As a result of the Defendants' FCRA violations, the Plaintiff suffered actual damages, worry, anxiety, nervousness, and mental anguish.

**COUNT TWO**
**NEGLIGENT OR RECKLESS AND WANTONNESS CLAIM**

25. The Plaintiff adopts the averments and allegations hereinbefore as if fully set forth herein.

26. Defendants knew or should have known the status of the account and of the actions set forth herein that was directed at and visited upon the Plaintiff.

27. Defendants knew or should have known that said actions were improper.

28. Defendants negligently or recklessly and wantonly failed to prevent and/or participated in such improper actions.

29. As a result of the Defendants' negligent or reckless and wanton conduct, the Plaintiff suffered actual damages, worry, anxiety, nervousness, and mental anguish.

**COUNT THREE**
**DEFAMATION**

30. The Plaintiff adopts the averments and allegations hereinbefore as if fully set forth herein.

31. Defendants made a false statement regarding the Plaintiff's account.

32. The false statement had a defamatory meaning.

33. The false statement was published to third parties.

34. The publication was the proximate cause of an injury to the Plaintiff.

35. As a proximate cause of Defendants' libel, the Plaintiff suffered actual damages, worry, anxiety, nervousness, and mental anguish.

**COUNT FOUR**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS**

36. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

37. The Plaintiff alleges that the Defendants' actions alleged were done willfully, maliciously, outrageously, deliberately, and purposely with the intention to inflict emotional distress upon the Plaintiff and/or were done in reckless disregard of the probability of causing the Plaintiff emotional distress, and these acts did in fact result in severe and extreme emotional distress.

38. As a result of the Defendants' conduct, the Plaintiff suffered actual damages, worry, anxiety, nervousness, and mental anguish.

**COUNT FIVE**
**MISREPRESENTATION**

39. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

40. Defendants negligently or willfully misrepresented material facts.

41. Defendants knew or should have known that the misrepresentation would be relied on by third parties.

42. The misrepresentation was relied on by third parties.

43. The reliance by third parties was reasonable, expected, and justifiable.

44. As a direct and proximate consequence of Defendants' misrepresentations, Plaintiff suffered actual damages, worry, anxiety, nervousness, and mental anguish.

## AMOUNT OF DAMAGES DEMANDED

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff demands a judgment against the Defendants as follows:

A. Enter injunctive and corresponding declaratory relief establishing the foregoing conduct of Defendants to be unlawful, enjoining Defendants from continuing to engage in such conduct, and granting such additional equitable relief as may be appropriate;

B. On the FCRA claims, statutory damages from the Defendants;

C. On the FCRA claims, costs and reasonable attorney's fees from the Defendants;

D. Compensatory and punitive damages against Defendants on Plaintiff's FCRA and state law claims; and,

E. Such other and further relief that this Court deems necessary, just and proper.

## PLAINTIFF DEMANDS TRIAL BY STRUCK JURY

/s/ Michael W. Lindsey
Michael W. Lindsey
John C. Hubbard
2110 Devereux Circle
Suite 100
Birmingham, AL 35243
Phone: (205) 970-2233

ELECTRONICALLY FILED
7/29/2011 11:17 AM
CV-2011-900702.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

# EXHIBIT A

ELECTRONICALLY FILED
8/6/2010 4:24 PM
SM-2010-000733.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

# IN THE DISTRICT COURT OF SHELBY COUNTY, ALABAMA

| | | |
|---|---|---|
| EQUABLE ASCENT FINANCIAL LLC FKA HILCO, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No.: SM-2010-000733.00 |
| | ) | |
| MORGAN JIM, | ) | |
| Defendants. | ) | |

## JUDGMENT FOR DEFENDANT

Judgment on trial for the Defendant based on the proof submitted; Court costs taxed to the Plaintiff.

**DONE this 6th day of August, 2010.**

**/s JOHN H. ALSBROOKS**
**DISTRICT JUDGE**

# EXHIBIT B

| | |
|---|---|
| Equifax<br>P.O. Box 740241<br>Atlanta, Georgia 30374-0241 | Experian<br>701 Experian Parkway<br>Allen, TX 75013 |
| Trans Union<br>P.O. Box 2000<br>Chester, PA 19022-2000 | |

May 5, 2011

Re:
Dispute – Equable Ascent Financial
Jim C. Morgan, Jr.

Dear Sir or Madam:

The line item on my credit report showing a Civil Judgment against me by Equable Ascent Financial in the amount of $2,949.00 is incorrect and should be deleted.

Equable Ascent Financial filed a lawsuit against me in the District Court of Shelby County, Alabama (Case No SM 2010-733) regarding an alleged debt, which I answered and disputed. A trial was held, and a verdict was returned in my favor, which proved that I did not owe this alleged debt. Therefore, this item should be deleted from my credit report immediately.

Thank you for correcting this as soon as possible.

Sincerely,

Jim C. Morgan, Jr.
118 Liberty Cove
Chelsea, Al 35043
SSN - 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
DOB – December 3, 1970

# EXHIBIT C

*** 237971867-003 ***
PO Box 2000
Chester, PA 19022

05/17/2011 TransUnion.

P1ITX500201440-I005757-050058165
JIM C. MORGAN JR.
118 LIBERTY CV
CHELSEA, AL 35043

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| CIVIL JUDGMENT | DOCKET #M2010000733 | NEW INFORMATION BELOW |

File Number: 737971867
Page: 1 of 1
Date Issued: 05/17/2011

TransUnion.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years. The amount listed on the public record is not a balance. The amount reflects the original amount of the public record item.

**SHELBY DISTRICT** Docket #: M2010000733

PO BOX 1436
COLUMBIANA, AL 35051
(205) 669-3760

**Type:** CIVIL JUDGMENT
**Court Type:** CIRCUIT COURT

**Date Filed:** 08/2010
**Responsibility:** INDIVIDUAL DEBT
**Plaintiff:** EQUABLE ASCENT FINANCIAL
**Amount:** $2,949

**Estimated date that this item will be removed:** 07/2017

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

# EXHIBIT D

P. O. Box 105518
Atlanta, GA 30348

**EQUIFAX**

## *CREDIT FILE : May 12, 2011*
## *Confirmation # 1129029016*

002518

000972753-2518
James C Morgan
118 Liberty Cv
Chelsea, AL 35043-7158

Dear James C Morgan:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

***The Results Of Our Reinvestigation***

***>>> We have reviewed your concerns and our conclusions are:***
Please be advised that judgment remains on file seven years from the date filed.

***Public Record Information*** *(This section includes public record items obtained from local, state and federal courts.)*

***>>> We have reviewed the judgement information. Case or ID # - SM2010000733 The results are:*** Equifax has verified that this public record item is reporting correctly. If you have additional questions about this item please contact: ***Shelby County Circuit &, D B Dews, District Court, Columbiana AL 35051-1810***

Judgment Filed 08/2010; Shelby Recorder; Case or ID # - SM2010000733; Defendant - Jim Morgan; Amount - $2,949 ; Plaintif - Equable Ascent Financial; Status - Pending; Verified 05/2011; Address: 112 N MAIN ST COLUMBIANA, AL 35051-5358 : (205) 669-3760

### *Notice to Consumers*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( Continued On Next Page )

# EXHIBIT E

Experian
A world of insight

Prepared for: **JAMES C MORGAN Jr**
Date: **June 16, 2011**
Report number: **2848-2357-50**



## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

PO Box 9701
Allen, TX 75013

0003686 01 MB 0.387 **AUTO 1 07189 35043-715818 -C01-P03889-I
JAMES C MORGAN Jr
118 LIBERTY COVE
CHELSEA AL 35043-7158

**How to read your results**

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Investigated** - This item was either updated or deleted; review this report to learn its outcome

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Public records | Outcome |
|---|---|
| SHELBY DISTRICT SM201000.... | Remains |

Visit experian.com/status to check the status of your pending disputes at any time

**Additional information**

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

**What's your credit score?**

Find out by ordering your VantageScore® from Experian for only $7.95. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Experian
A world of insight

Prepared for: **JAMES C MORGAN Jr**
Date: **June 16, 2011**
Report number: **2848-2357-50**



THIS PAGE INTENTIONALLY LEFT BLANK

0012090770

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>58-CV-2011-900702.00 |
|---|---|---|

IN THE CIVIL COURT OF SHELBY, ALABAMA
JIM C. MORGAN JR V. TRANS UNION LLC ET AL

NOTICE TO TRANS UNION LLC, PRENTICE-HALL CORP 150 S PERRY ST, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL WESLEY LINDSEY

WHOSE ADDRESS IS 2110 Devereux Circle, Birmingham, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of JIM C. MORGAN JR pursuant to the Alabama Rules of the Civil Procedure

| 7/29/2011 11:17:39 AM | /s MARY HARRIS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested

/s MICHAEL WESLEY LINDSEY
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and Complaint to ____________

____________ in ____________ County, Alabama on ____________

| ____________ | ____________ |
|---|---|
| Date | Server's Signature |

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>58-CV-2011-900702.00 |
|---|---|---|

IN THE CIVIL COURT OF SHELBY, ALABAMA
JIM C. MORGAN JR V. TRANS UNION LLC ET AL

NOTICE TO EQUIFAX INFORMATION SERVICES LLC, CSC LAWYERS 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL WESLEY LINDSEY

WHOSE ADDRESS IS 2110 Devereux Circle, Birmingham, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of JIM C. MORGAN JR pursuant to the Alabama Rules of the Civil Procedure

7/29/2011 11:17:39 AM — Date

/s MARY HARRIS — Clerk/Register

By

☑ Certified mail is hereby requested

/s MICHAEL WESLEY LINDSEY — Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______

☐ I certify that I personally delivered a copy of the Summons and Complaint to ______

______ in ______ County, Alabama on ______

Date

Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>58-CV-2011-900702.00 |
|---|---|---|

IN THE CIVIL COURT OF SHELBY, ALABAMA
JIM C. MORGAN JR V. TRANS UNION LLC ET AL

NOTICE TO EXPERIAN INFORMATION SOLUTIONS, INC., C T CORP 2 NORTH JACKSON ST, #605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL WESLEY LINDSEY

WHOSE ADDRESS IS 2110 Devereux Circle, Birmingham, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of JIM C. MORGAN JR pursuant to the Alabama Rules of the Civil Procedure

7/29/2011 11:17:39 AM — Date

/s MARY HARRIS — Clerk/Register

________ By

☑ Certified mail is hereby requested

/s MICHAEL WESLEY LINDSEY — Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ________

☐ I certify that I personally delivered a copy of the Summons and Complaint to ________

________ in ________ County, Alabama on ________

________ Date

________ Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>58-CV-2011-900702.00 |
|---|---|---|

IN THE CIVIL COURT OF SHELBY, ALABAMA
JIM C. MORGAN JR V. TRANS UNION LLC ET AL

NOTICE TO TRANS UNION LLC, PRENTICE-HALL CORP 150 S PERRY ST, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL WESLEY LINDSEY

WHOSE ADDRESS IS 2110 Devereux Circle, Birmingham, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of JIM C. MORGAN JR pursuant to the Alabama Rules of the Civil Procedure

~~7/29/2011~~ 8/19/11 11:17:39 AM — Date

/s MARY HARRIS — Clerk/Register

By [signature]

☑ Certified mail is hereby requested

/s MICHAEL WESLEY LINDSEY — Plaintiffs/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______

☐ I certify that I personally delivered a copy of the Summons and C[...]

______ in ______

Date ______ Server's Signature ______

7010 0290 0000 4484 2147

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CV-11-900702

Sent To: Trans Union LLC
Street, Apt. No.; or PO Box No.: Prentice-Hall Corp 150 S. Perry St.
City, State, ZIP+4: Montgomery, AL 36104

PS Form 3800, August 2006 See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>58-CV-2011-900702.00 |
|---|---|---|

IN THE CIVIL COURT OF SHELBY, ALABAMA
JIM C. MORGAN JR V. TRANS UNION LLC ET AL

NOTICE TO EQUIFAX INFORMATION SERVICES LLC, CSC LAWYERS 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL WESLEY LINDSEY

WHOSE ADDRESS IS 2110 Devereux Circle, Birmingham, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of JIM C. MORGAN JR pursuant to the Alabama Rules of the Civil Procedure

~~7/29/2011~~ 8/18/11 11:17:39 AM — Date

/s MARY HARRIS — Clerk/Register

By [signature]

☑ Certified mail is hereby requested

/s MICHAEL WESLEY LINDSEY — Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ____________

☐ I certify that I personally delivered a copy of the Summons and

____________ in ____________

Date ____________ Server's Signature ____________

7010 0290 0002 4442 7154

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

D003
CV-11-900702

Sent To: Equifax Info Svc, LLC
Street, Apt. No.; or PO Box No.: 150 S. Perry St.
City, State, ZIP+4: Montgomery, AL 36104

PS Form 3800, August 2006 See Reverse for Instructions

State of Alabama
Unified Judicial System
Form C-34 Rev 6/88

# SUMMONS - CIVIL -

**Case Number:**
**58-CV-2011-900702.00**

IN THE CIVIL COURT OF SHELBY, ALABAMA
JIM C. MORGAN JR V. TRANS UNION LLC ET AL

NOTICE TO EXPERIAN INFORMATION SOLUTIONS, INC., C T CORP 2 NORTH JACKSON ST, #605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL WESLEY LINDSEY

WHOSE ADDRESS IS 2110 Devereux Circle, Birmingham, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of JIM C. MORGAN JR pursuant to the Alabama Rules of the Civil Procedure

~~7/20/2011~~ 8/18/11 11:17:39 AM — Date
/s MARY HARRIS — Clerk/Register
By [signature]

☑ Certified mail is hereby requested

/s MICHAEL WESLEY LINDSEY
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on ______

☐ I certify that I personally delivered a copy of the Summons and C

______ In ______

______ Date ______ Server's Signature

7010 0290 0000 4484 2130

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

D003
CV-11-900702

Sent To Experian Info Sol. Inc
Street, Apt. No.; or PO Box No. 2 N. Jackson St. #605
City, State, ZIP+4 Montgomery AL 36104

PS Form 3800, August 2006 — See Reverse for Instructions

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: LINDSEY MICHAEL WESLEY
mlindsey@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D001 TRANS UNION LLC**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: HUBBARD JOHN CRAD
jhubbard@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D001 TRANS UNION LLC**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: LINDSEY MICHAEL WESLEY
mlindsey@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D001 TRANS UNION LLC**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: HUBBARD JOHN CRAD
jhubbard@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D001 TRANS UNION LLC**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: LINDSEY MICHAEL WESLEY
mlindsey@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D003 EXPERIAN INFORMATION SOLUTIONS, INC.**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: HUBBARD JOHN CRAD
jhubbard@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D003 EXPERIAN INFORMATION SOLUTIONS, INC.**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: LINDSEY MICHAEL WESLEY
mlindsey@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D002 EQUIFAX INFORMATION SERVICES LLC**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

AlaFile E-Notice

58-CV-2011-900702.00

Judge: WILLIAM H. BOSTICK, III.

To: HUBBARD JOHN CRAD
jhubbard@jandllawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

JIM C. MORGAN JR V. TRANS UNION LLC ET AL
58-CV-2011-900702.00

The following matter was served on 8/22/2011

**D002 EQUIFAX INFORMATION SERVICES LLC**
CERTIFIED MAIL

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANS UNION LLC
PRENTICE-HALL CORP
150 S PERRY ST
MONTGOMERY, AL 36104

CV-11-900702 D001

2. Article Number (Transfer from service label) 7010 0290 0002 4842 7147

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Roxie Bethea ☑ Agent ☐ Addressee

B. Received by (Printed Name) Roxie Bethea C. Date of Delivery 8/22/11

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX INFORMATION SERVICES LLC
CSC LAWYERS
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

CV-11-900702 D002

2. Article Number (Transfer from service label) 7010 0290 0002 4842 7154

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Roxie Bethea ☑ Agent ☐ Addressee

B. Received by (Printed Name) Roxie Bethea C. Date of Delivery 8/22/11

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EXPERIAN INFORMATION SOLUTIONS, INC.
C T CORP
2 NORTH JACKSON ST, #605
MONTGOMERY, AL 36104

CV-11-900702 D003

2. Article Number (Transfer from service label) 7010 0290 0002 4842 7130

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature Laura Payne ☐ Agent ☐ Addressee

B. Received by (Printed Name) Laura Payne C. Date of Delivery 8/22/11

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes