FILED
2011 Sep-21 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIM C. MORGAN, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | § | Case No. ____________ |
| | § | |
| Defendants. | § | |

**JOINDER AND CONSENT TO REMOVAL**

Without waiving any other defenses, Defendant, Equifax Information Services LLC, hereby joins in and consents to the removal of this action from the Circuit Court of Shelby County, State of Alabama, to this Court.

Equifax Information Services LLC first received a copy of Plaintiff's Complaint, the initial pleading setting forth the claims for relief upon which this action is based, on August 22, 2011.

Respectfully submitted,

K. Ann Broussard (ASB-2854-S75B)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: ABroussard@kslaw.com

***Counsel for Defendant***
***Equifax Information Services LLC***

DEFENDANT'S EXHIBIT
B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIM C. MORGAN, JR.,<br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ______________ |

**JOINDER AND CONSENT TO REMOVAL OF TRANS UNION LLC**

Without waiving any other defenses, Trans Union LLC, hereby joins in and consents to the removal of this action from the Circuit Court of Shelby County, Alabama to this Court.

Trans Union LLC first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on August 22, 2011.

Respectfully submitted,

**MATTHEW W. ROBINETT**
ASB-3523-I72M
Attorney for Trans Union LLC
**NORMAN, WOOD, KENDRICK & TURNER**
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com