FILED
2012 Jan-27 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JIM C. MORGAN, JR.,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:11-cv-3416-VEH** |
| | ] | |
| **TRANS UNION LLC, et al.,** | ] | |
| | ] | |
| **Defendants.** | ] | |

## FINAL ORDER

The court, having received the joint "Stipulation of Dismissal with Prejudice" (doc. 17), DISMISSES this case WITH PREJUDICE, costs taxed as paid.

DONE and ORDERED this 27th day of January 2012.

Karon O. Bowdre
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE